PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER TERMINATION OF SUPERVISION

| | |
|---|---|
| **Offender Name:** | Kristina Ailene WARE |
| **Docket Number:** | 2:01CR00555-02 |
| **Offender Address:** | Elk Grove, California |
| **Judicial Officer:** | Honorable John F. Moulds<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/21/2002 |
| **Original Offense:** | 18 USC 1701 - Obstruction of Mail<br>(CLASS B MISDEMEANOR) |
| **Original Sentence:** | 36 months Probation; $4,586.80 restitution; $10 special assessment |
| **Special Conditions:** | Search and seizure; Provide the probation officer with access to any requested financial information |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 11/21/2002 |
| **Assistant U.S. Attorney:** | Norman Y. Wong     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Carl Larson<br>Appointed     **Telephone:** (916) 989-9226 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

**RE:   Kristina Ailene WARE**
   **Docket Number:   2:01CR00555-02**
   **REPORT OF OFFENDER TERMINATION OF SUPERVISION**

---

The purpose of this report is to advise the Court of the following:

Since the inception of supervision, Ms. Ware has paid a total of $300 toward her Court-ordered restitution obligation.  She has paid the $10 special assessment in full.  During her term of supervision, she has made sporadic payments due to her unemployment.  Currently she is collecting AFDC benefits for her children in the amount of $541 per month.  The father of two of her four children is currently incarcerated, and she receives no additional support for those children.  Due to the fact she has four children under the age of 10, and she is their primary caregiver, she has been unable to secure a more stable employment situation.  She has made a commitment to continue to cooperate with the United States Attorney Financial Litigation Unit, and they have been made aware of her current outstanding debt and will continue their collection efforts until this debt is paid in full.  They also advised that they will monitor her current financial situation, as well as her compliance with the Court's order.

Therefore, it is the probation officer's recommendation that Probation supervision be allowed to expire as scheduled on November 20, 2005.

   Respectfully submitted,

   /s/ Shari R. Simon

   **SHARI R. SIMON**
   **United States Probation Officer**
   Telephone:  (916) 786-2861

**DATED:**   August 15, 2005
   Roseville, California
   srs:cd

**REVIEWED BY:**        /s/ Richard A. Ertola
   **RICHARD A. ERTOLA**
   **Supervising United States Probation Officer**

RE:   Kristina Ailene WARE
      Docket Number:  2:01CR00555-02
      **REPORT OF OFFENDER TERMINATION OF SUPERVISION**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

**August 22, 2005.**

_____
UNITED STATES MAGISTRATE JUDGE

cc:   United States Probation
      Norman Y. Wong, Assistant United States Attorney
      Carl Larson, Appointed Defense Attorney
      9490 Golden Gate Avenue
      Orangevale, California 95662

Attachment:  Presentence Report   (Sacramento only)